IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MCKEE EXCAVATING, INC., an Oklahoma Corporation RANDY MCKEE, an individual KELLY ROHLING, an individual BRIAN JOHNSTON, an individual, and EDUARDO NUNEZ, an individual,<br><br>       Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation, and OHIO SECURITY INSURANCE COMPANY, a foreign corporation,<br><br>       Defendants. | Case No. 17-cv-01182-M |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs McKee Excavating, Inc., Randy McKee, Kelly Rohling, Brian Johnston, and Eduardo Nunez ("Plaintiffs"), by and through their counsel of record Shawn D. Fulkerson and Weston O. Watts of Fulkerson & Fulkerson P.C. and Philip O. Watts of Watts & Watts, and Defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company, by and through their counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiffs' claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

*s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
320 South Boston, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email:  boconnor@hallestill.com
Email:  mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANTS,
LIBERTY MUTUAL INSURANCE
COMPANY AND OHIO SECURITY
INSURANCE COMPANY**

-and-

*s/Shawn D. Fulkerson**
Shawn D. Fulkerson, OBA No. 14484
Weston O. Watts, OBA No. 33299
**Fulkerson & Fulkerson, P.C.**
10444 Greenbriar Place, Suite A
Oklahoma City, OK 73159
Telephone: (405) 691-4949
Facsimile: (405) 691-4595
sfulkerson@fulkersonlawoffice.com
w.watts@fulkersonlawoffice.com

Philip O. Watts, OBA No. 11000
**Watts & Watts**
10444 Greenbriar Place, Suite A
Oklahoma City, OK 73159
Telephone: (405) 691-4949
Facsimile: (405) 691-4595
powatts@cox.net

**ATTORNEYS FOR PLAINTIFFS**

* *Signed by filing attorney with permission of Plaintiffs' attorney.*